UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUSSELL CARL HOHF,

                Petitioner,

v.

JEFFREY UTTECT,

                Respondent.

Case No. C14-295 JCC-BAT

**ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT AND DEFAULT JUDGMENT**

      Petitioner Russell Carl Hohf moves for summary judgment (Dkt. 22) and default judgment (Dkt. 26) based on Respondent's failure to answer his habeas petition. Respondent's deadline to file his answer was October 3, 2014. Dkt. 21. Respondent filed his answer and the state court record on October 3, 2014. Dkts. 23 and 24.

      Petitioner's motions (Dkts. 22 and 26) are **DENIED.** The Clerk of the Court is instructed to send copies of this Order to Petitioner and counsel for Respondent.

      DATED this  15th   day of October, 2014.

                                        BRIAN A. TSUCHIDA
                                      United States Magistrate Judge